**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 12-6803**

ERIC JOSEPH DEPAOLA,

                Plaintiff - Appellant,

      v.

JAMES WADE, Food Services Director; B. OSBOURNE, Food
Services Worker; LT. LAFAYETTE FLEMING; WARDEN TRACY RAY;
JOHN GARMAN, Regional Director,

                Defendants - Appellees.

Appeal from the United States District Court for the Western
District of Virginia, at Roanoke. Samuel G. Wilson, District
Judge. (7:11-cv-00198-SGW-RSB)

Submitted: September 11, 2012     Decided: October 3, 2012

Before KING, DUNCAN, and DIAZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Eric Joseph DePaola, Appellant Pro Se. John Michael Parsons,
Assistant Attorney General, Richmond, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Eric Joseph DePaola appeals the district court's order granting the Defendants summary judgment on his First Amendment claims under 42 U.S.C. § 1983 (2006) and the Religious Land Use and Institutionalized Persons Act ("RLUIPA"), 42 U.S.C. § 2000cc (2006), and dismissing his Fourteenth Amendment equal protection claim. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. DePaola v. Wade, No. 7:11-cv-00198-SGW-RSB (W.D. Va. Mar. 30, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED